**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02886-AP

SUSIE ARNOLD ,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of the  Social  Security Administration ,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Text Only Order ( Doc. No. 9) of Judge John L. Kane entered on November 17, 2014 it is

ORDERED that finding no justifiable basis to grant the relief requested, Plaintiff's Motion to Equitably Toll Plaintiff's Deadline to File Civil Complaint (Doc. No. 4) is DENIED. The 60-day filing deadline is a statute of limitations and serves a purpose that is not overcome by the inadvertence described in Plaintiff's Motion. It is

FURTHER ORDERED that the appeal is DISMISSED. It Is

FURTHER ORDERED that the Defendant is **AWARDED** her costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 18th day of November, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/   A. Thomas

Deputy Clerk